**This order is SIGNED.**




**Dated: December 4, 2017**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
Brian J. Porter (14291)
MaryAnn Bride (13146)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>CHRISTOPHER BAKER<br>MAKARIA BAKER<br><br>Debtors | CASE NO: 17-21245<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |

### STIPULATED ORDER TO INCREASE PLAN PAYMENTS

Based on the stipulation between the Standing Chapter 13 Trustee for the above captioned case, and the Debtors, by and through counsel SARAH L. MATHEWS, it is hereby ORDERED that the Debtors shall increase the monthly plan payment from $750.00 per month to $1,250.00 per month commencing with the payment that comes due on December 25, 2017.

APPROVAL AS TO FORM

/S/ LON A. JENKINS                          *(BY ONLINE ENDORSEMENT)*

_____          _____

Chapter 13 Trustee                          SARAH L. MATHEWS
                                            Attorney for the Debtors

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be to all parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

SARAH L. MATHEWS,  ECF Notification

LON A. JENKINS - ECF NOTIFICATION

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF System, the following parties should be served notice pursuant to FRCP 5(b)

CHRISTOPHER BAKER AND MAKARIA BAKER, 10136 SWINDON COURT , SOUTH JORDAN, UT  84095

*Stipulated Order to Increase Plan Payments*
*Case No. 17-21245*
*Printed by Ellen*